**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter   7

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | SCP Holdings, LLC | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-1810530 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1020 Olympic Drive <br> Batavia, IL 60510-1329 <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Kane <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | SCP Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5511

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

| Debtor | SCP Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | SCP Holdings, LLC | Case number (*if known*) |
|--------|-------------------|--------------------------|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    SCP Holdings, LLC
_____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on     December 29, 2023
                MM / DD / YYYY

X _~signature~_                                    Stephen M. Hopkins
_____          _____
Signature of authorized representative of debtor   Printed name

Title    Manager
_____

---

| | |
|---|---|
| **18. Signature of attorney** | X _____     Date    December 29, 2023 |
| | Signature of attorney for debtor                              MM / DD / YYYY |

Adam P. Silverman, Esq. ARDC #6256676
_____
Printed name

Adelman & Gettleman, Ltd.
_____
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
_____
Number, Street, City, State & ZIP Code

Contact phone    312-435-1050          Email address    asilverman@ag-ltd.com

ARDC #6256676 IL
_____
Bar number and State

| Debtor | SCP Holdings, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

███ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 29, 2023
MM / DD / YYYY

**X** _____          Stephen M. Hopkins
Signature of authorized representative of debtor          Printed name

Title    Manager

---

**18. Signature of attorney**

**X** /s/ Adam P. Silverman          Date    December 29, 2023
Signature of attorney for debtor          MM / DD / YYYY

Adam P. Silverman, Esq. ARDC #6256676
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone    312-435-1050          Email address    asilverman@ag-ltd.com

ARDC #6256676 IL
Bar number and State

---

Debtor   SCP Holdings, LLC _____   Case number (*if known*) _____
         Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS _____

Case number (*if known*) _____   Chapter ___7___

☐ Check if this an
  amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | SCP Merchandising, LLC | | | Relationship to you | Wholly Owned Subsidiary |
| District | Northern District of Illinois | When | 12/29/23 | Case number, if known | |
| Debtor | SCP Operations, LLC | | | Relationship to you | Wholly Owned Subsidiary |
| District | Northern District of Illinois | When | 12/29/23 | Case number, if known | |

---

## JOINT RESOLUTIONS OF THE MEMBER AND
## MANAGER OF SCP HOLDINGS, LLC,
## <u>AN ILLINOIS LIMITED LIABILITY COMPANY</u>

The undersigned, being the sole member and sole manager (the "**Member/Manager**") of SCP Holdings, LLC, an Illinois limited liability company (the "**Company**"), in accordance with the Illinois Limited Liability Company Act, as amended, 805 ILCS 180/1-1 *et seq*. (the "**Act**") and the *Operating Agreement of SCP Operations, LLC, an Illinois Limited Liability Company* effective July 16, 2021, does hereby adopt the following resolutions:

**WHEREAS**, the Company and its affiliates (collectively, the "**SCP Affiliates**") have been suffering severe financial strain, causing them to explore alternatives such as a sale of their businesses, a restructuring, or an orderly wind-down, either in or outside of bankruptcy;

**WHEREAS**, compounding their existing financial problems, on December 15, 2023, the SCP Affiliates' secured lender set off funds in the SCP Affiliates' operating bank account, rendering the SCP Affiliates without the operating capital necessary to continue operating, or to effectuate a full-scale, orderly wind-down;

**WHEREAS**, the Company is desirous of taking the steps necessary to maximize the expeditious and fair payment of indebtedness due to its creditors; and

**WHEREAS**, the undersigned, in consultation with legal counsel of the Company, have determined that it is in the best interests of the Company and its creditors to commence a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "**Chapter 7 Case**");

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Member/Manager, it is desirable and in the best interests of the Company, its creditors, and other interested parties that the Company commence the Chapter 7 Case;

**RESOLVED, FURTHER**, that the Member/Manager be and is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify a petition under Chapter 7 of the United States Bankruptcy Code, and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division;

**RESOLVED, FURTHER**, that the Member/Manager and the officers of the Company be and are hereby authorized to execute and cause to be filed all petitions, schedules, lists and other papers, and to take any and all actions that they deem necessary or proper in connection with the Chapter 7 Case, including without limitation actions to retain and employ legal counsel or other professionals they may deem necessary or proper with a view to the successful conclusion of such proceedings, including retaining the law firm of Adelman & Gettleman, Ltd. to represent the Company in connection with the Chapter 7 Case.

These resolutions: (a) are made pursuant to section 180/15-1(e) of the Act; (b) shall have the same force and effect as a vote of the sole member of the Company at a duly called meeting of

1291286_2

members; and (c) are executed by the Member/Manager in both his capacity as the sole member of the Company, and also in his capacity as the sole manager of the Company.

IN WITNESS WHEREOF, the undersigned has executed these resolutions as of this  27  day of December, 2023.

**THE UNDERSIGNED BEING THE SOLE MEMBER OF SCP HOLDINGS, LLC**

Stephen M. Hopkins

**THE UNDERSIGNED BEING THE SOLE MANAGER OF SCP HOLDINGS, LLC**

Stephen M. Hopkins

2

1291286_2