### United States Bankruptcy Court
#### Northern District of Illinois

In re    SCP Operations, LLC

Debtor(s)

Case No.

Chapter   7

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        469

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge, based on information contained in the Debtor's records. Due to the need to file this case on an expedited basis, the limited information contained in the Debtor's records, and a curtailment in staffing in the days preceding the filing of this case, however, the list of creditors lacks a considerable number of creditor addresses. The Debtor will endeavor to determine the missing addresses in connection with preparing its schedules.

Date:    December 29, 2023

Stephen M. Hopkins/Manager
Signer/Title

1000Bulbs
2140 Merritt Dr
Garland, TX 75041

A to Z Media
35 West 36th Street
Floor 11-E
New York, NY 10018

A.R. Bohr Roofing
1533 Lathem St
Batavia, IL 60510

Ace Hardware

Active Manufacturing and Fulfillment Inc
3360 NW 110th St
Miami, FL 33167

ADETUNJI OSENI, KABIR
805 GERTEN AVENUE
AURORA, IL 60505

Adobe

AHERN, DAN
2639 W AINSLIE ST
APT 3D
CHICAGO, IL 60625

AIRBNB

Airtable

Airways Systems Inc.
1100 Tower Lane
Bensenville, IL 60106

ALAGNA, MICHAEL
216 AMHERST DR
BARTLETT, IL 60103

Alex Banaticla

All American Flag Company

AllCare, Inc.
2580 Foxfield Rd
#101
St. Charles, IL 60174

Allianz

Allureglow

Amazon

American Airlines

ANDREWS, MICHAEL
94 HIGHGATE COURSE
ST CHARLES, IL 60174

AQUINO, JULIA
32 S MAIN ST.
APT 2
SUGAR GROVE, IL 60554

ARANDA, ADRIAN
141 BOULDER HILL PASS
MONTGOMERY, IL 50638

ARIOLA, LUCIA
3S654 TERRACE DRIVE
NORTH AURORA, IL 60542

ARRINGTON, MORGAN
733 BLAINE STREET
BATAVIA, IL 60510

Atlas Screen Supply
9353 Seymour Avenue
Schiller Park, IL 60176

Atlas Toyota Material Handling
27302 Network Place
Chicago, IL 60673

Authentic Imprints LLC.
1324 N 10th St
San Jose, CA 95112

AVILA, GISEL
720 5TH AVE
AURORA, IL 60505

Awesome Merchandise
Unit B1-B3
Wellington Road Industrial Estate
UNITED KINGDOM

AZ Retail

Bags Unlimited Inc.
7 Canal Street
Rochester, NY 14606

BALITEWICZ, ZACHARY
440 LATHER STREET
BATAVIA, IL 60510

BALLENO, MARIA
109 AMARILLO DR
CARPENTERSVILLE, IL 60110

BARTMAN, SARAH
252 W Cleveland St
Freeport, IL 61032

BARTOSZ, HANNAH
357 MESSENGER CIRCLE
NORTH AURORA, IL 60542

BATTLE, ROBERT
1746 WESSEL CT
ST CHARLES, IL 60174

BDK Door
2222 Cornell Ave
Montgomery, IL 60538

BECERRILL, ESPERANZA
203 BLACKHAWK AVE
AURORA, IL 60506

BECKER, TIFFANY
236 MAPLE STREET
SUGAR GROVE, IL 60554

Belgio's Catering
416 W 5th Ave
Naperville, IL 60563

BELL, JUSTIN
4 STONEWOOD DRIVE
ST CHARLES, IL 60174

BEN - YOSEF, DANIELLA
680 S BERENDO ST
APT 423

LOS ANGELES, CA 90005

BENITEZ, SONIA
710 PARKSIDE AVE
WEST CHICAGO, IL 60185

BIBIANO, MIGUEL
627 N ROSEDALE AVENUE
AURORA, IL 60506

Big Box Property Owner A, LLC
2225 Enterprise Drive
Suite 2502
Westchester, IL 60154

BLANCARTE, MIRIAM
1394 MONOMOY ST
APT C
AURORA, IL 60506

BOLING, LAURA
112 NORTH WARWICK AVE
WESTMONT, IL 60559

BOMBARDIERE, CARISSA
2239 ROCKEFELLER DRIVE
GENEVA, IL 60134

BOMBARDIERE, CHRISTINE
2239 ROCKEFELLER DRIVE
GENEVA, IL 60134

BONIFACIO, ALVIN
1552 Grand Dr
Unit 5
Dekalb, IL 60115

Booking Agent Info

BOVIO, TAYLOR
28W680 WAGNER DRIVE
WARRENVILLE, IL 60555

BRETZ, SAM
617 BORMAN DR
NEW LENOX, IL 60451

BRITO, MARCO
29W565 WINCHESTER CIRCLE SOUTH APT
WARRENVILLE, IL 60555

BROWN, JEREMY
1110 VARSITY BLVD
115
DEKALB, IL 60115

BROWNING, TAYLOUR
6N053 WEBER DRIVE
SAINT CHARLES, IL 60174

BRUCE, MARIA
1332 GROVE STREET
AURORA, IL 60505

BRUNET, KARYN
324 GRISWOLD ST.
ELGIN, IL 60123

BUENO, ALEXANDER
111 E GENEVA ST.
APT. A
WEST CHICAGO, IL 60185

Bulldog Plumbing Inc.
580 S River Street
Batavia, IL 60510

BURKE, STEPHEN
2620 W. WASHINGTON BLVD.
CHICAGO, IL 60612

Burris Computer Forms

CADA, AIDAN
1413 SEATON STREET
ELBURN, IL 60119

CALDERON, LUIS
201 W POMEROY ST
WEST CHICAGO, IL 60185

CAMPAGNA, ALLYSON
1061 VINEYARD LANE
AURORA, IL 60502

CARDONA, CLARA
233 S BATAVIA AVE
BATAVIA, IL 60510

CARDONA, CRISTIAN

532 NORTH PARK AVENUE
AURORA, IL 60506

CARLI, MICHELLE
1215 CHALET ROAD
#100
NAPERVILLE, IL 60563

CARNEY, MICHAEL
1511 JOBE AVE
ST CHARLES, IL 60174

Carroll Guido Groffman Cohen Bar & Karal
5 Columbus Circle 20th Floor
New  York, NY 10019

CBRE, Inc.
PO Box 15531 Location Code 2632
Chicago, IL 60696

CEJA, ALEJANDRO
3653 W BELMONT AVE
CHICAGO, IL 60618

CHAVEZ, MARIANNA
928 DOUGLAS AVE
AURORA, IL 60505

CHEMES, SUSAN
216 N. RIVER STREET
BATAVIA, IL 60510

Chemical Consultants Inc.
1850 Wild Turkey CIr
Corona, CA 92878

Chicago Canvass and Supply

CHOICE, MULTIA
906 KIMBERLY DRIVE
DEKALB, IL 60115

Christ Community Church
820 Randall Road
South Elgin, IL 60175

CIMO, GIANNA
320 MAPLEWOOD CT
SCHAUMBURG, IL 60193

City of Newport
Dept. of Finance
Po Box 1090
Newport, KY 41071

CLARK, GRACE
41W321 MAIN ST RD
ELBURN, IL 60119

CloudHQ

CLUCAS, JAMES
405 S. 9TH ST.
DEKALB, IL 60115

Coleman World Group
1 Covan Dr
Midland City, AL 36350

COLEMAN, DOLTON
6028 LEONARD AVE
DOWNERS GROVE, IL 60516

COLLINS, RYAN
1510 HUBBARD AVE
BATAVIA, IL 60510

Color Label Solutions
4354 Ferguson Dr
Cincinnati, OH 45245

Colorado Department of Labor and Employm

Compuchecks

CONNOLLY, CAYDEN
5N635 PRAIRIE SPRING DRIVE
SAINT CHARLES, IL 60175

Connor Dewhurst

COOPER, NATHANIEL
1102 MCCLURG DRIVE
BATAVIA, IL 60510

COX, MARTIN
1321 PRAIRIE ST
APT C2
SAINT CHARLES, IL 60174

Cristall Thread & Supply
PO Box 680
Kenmore, NY 14217

CROCKER, NATHAN
225 DODGE AVE
DEKALB, IL 60115

CRUZ, LIZBETH
337 E STIMMEL ST
WEST CHICAGO, IL 60185

CUAZITL, PACO
49 HUNTER DRIVE
MONTGOMERY, IL 60538

CUELLAR, KAYLA
1321 PRAIRIE STREET
APT. C2
SAINT CHARLES, IL 60174

CUEVAS, JESUS
2S362 meadow drive
Batavia, IL 60510

CULBERTSON, MICHAEL
425 WHIPPLE AVE
BATAVIA, IL 60510

CURRY, ARCHER
1S830 GREEN ROAD
ELBURN, IL 60119

CURTIN, SARA
45W766 ELLITHORPE RD
BURLINGTON, IL 60140

DAVEY, MEGHAN
1521 TARA BELLE PKWY
NAPERVILLE, IL 60564

DAY, BROOKE
3142 SAWGRASS DR
AURORA, IL 60502

Dazzo's Auto Repair & Towing
853 E. Wilson St.
Batavia, IL 60510

DEL CARMEN ARREOLA, MARIA

39W398 HOGAN HILL
ELGIN, IL 60124

Delta Airlines

Demann Construction Services
407 Hill Street
East Dundee, IL 60118

DENNIS, SHAE-LYNN
6N706 HALSTEAD AVENUE
SAINT CHARLES, IL 60174

DIAZ, ZACHARY
2640 WILD TIMOTHY ROAD
NAPERVILLE, IL 60564

Dickgistics LLC
1306 E. Michelle Dr.
Phoenix, AZ 85022

DIVELLO, AUSTIN
301 WEST CHICAGO AVE, ZNW
OAK PARK, IL 60302

DOBY, LATOYA
1920 ELIZABETH LANE
AURORA, IL 60505

DOHERTY, EOIN
917 ROYAL BLACKHEATH CT
NAPERVILLE, IL 60563

DONNELLY, ANTHONY
411 SANDHURST LN
SOUTH ELGIN, IL 60177

DOUANGSITHI, THERESA
237 N MELROSE AVE
ELGIN, IL 60123

Dropbox

DRURY, BLAKE
814 STEEPLECHAS COURT
SAINT CHARLES, IL 60174

DUFF, DERRIEN
2818 BRIAN LANE
MONTGOMERY, IL 60538

DUFF, DERRION
2818 BRIAN LN
MONTGOMERY, IL 60538

DURAN, LIZET
5058 W DEMING PL
CHICAGO, IL 60639

DURAN, MARITZA
5058 W DEAMING PL
CHICAGO, IL 60639

DURAN-SANCHEZ, ERENDIRA
5058 W DEMING PL
APT. 1
CHICAGO, IL 60639

Eagle Digitizing

Easiway Systems
540 River Street S.
Delano, MN 55328-9111

EKWALANGA, JEMIMA
412 BLACKHAWK STREET
AURORA, IL 60506

EMERY, JUSTIN
1173 FAIRFAX LANE
SOUTH ELGIN, IL 60177

ESCOTT, MICHAEL
1510 HUBBARD AVE
BATAVIA, IL 60510

Etsy

EVANGELISTA, LUZ
1370 Terry Rd
GLENDALE HEIGHTS, IL 60139

Expedia

FAJARDO, CHLOE
1321 BRANDYWINE CIRCLE
BATAVIA, IL 60510

FARRINGTON, ALEX
2529 LINDA COURT

GLENVIEW, IL 60025

Fat Possum Records
827 N. Lamar Blvd.
Oxford, MS 38655

FINK, BRANDON
1471 N COUNTY ROAD
CARTHAGE, IL 62321

Fluid-Aire Dynamics
530 Albion Ave
Schaumburg, IL 60193

FRAME, ERIN
1510 HUBBARD AVE
BATAVIA, IL 60510

Frual Systems Inc.
801 W Walnut St
Compton, CA 90220

Fulfil
340 S LEMON AVE #3853
Walnut, CA 91789

FullCircle Placement Partners, LLC
2344 Tribute Drive
Arnold, MO 63010

FULTZ, ROWEN
2217 HENNING PL
PLAINFIELD, IL 60586

FUNK, AMBER
1406 BRIARWOOD DRIVE
CHAMPAIGN, IL 61821

GAMBOA, PATRICIA
817 HINMAN ST
AURORA, IL 60505

GARCIA, ANGEL
118 GERRY STEVEN CT
APT 2B
BENSENVILLE, IL 60106

GARCIA, IRMA
712 MOUNTAIN ST
AURORA, IL 60505

GARCIA, JESUS
618 N WASHINGTON AVE
BATAVIA, IL 60510

GARCIA, TERESA
464 GRAPE VINE TRL
OSWEGO, IL 60543

GARCIA, VANESSA
618 N WASHINGTON AVE
BATAVIA, IL 60510

GARCIA, VICTOR
1636 LIBERTY ST
AURORA, IL 60505

GAUDIANO, JAIME
24533 KENNEDY CIRCLE
PLAINFIELD, IL 60544

GAUDIANO, MATTHEW
24533 KENNEDY CIRCLE
PLAINFIELD, IL 60544

GELB, ARIELLE
307 Cornelia Street
Apt 4 F
Brooklyn, NY 11237

GIRARD, CHRIS
1050 N FARNSWORTH AVE.
APT. 211
AURORA, IL 60505

GIS Benefits
P.O. Box 1806
San Antonio, TX 78296-1806

Global Industrial

GoDaddy

GOLDSTEIN, MICAELA
833 WOODBINE AVE
OAK PARK, IL 60302

GONZALEZ, IVAN
1602 GARLAND LANE
HANOVER PARK, IL 60133

GONZALEZ, MARIA
1111 BONNER AVE
APT 7A
AURORA, IL 60505

Google

GORSKI, RONALD
17W769 KIRKLAND LANE
VILLA PARK, IL 60181

GOULD, SPENCER
317 W ELIAN CT
MAPLE PARK, IL 60151

GOZO, BETINA
1536 W AUGUSTA BLVD
APT1
CHICAGO, IL 60642

GRABENHOFER, ASHLEY
605 V. VAN NORTWIDE AVE
BATAVIA, IL 60510

Grafteks Printing Equipment and Supplies
8327 Kolmar Avenue
Skokie, IL 60076

Grainger

Graphic Screen Fashion
365 Woodbury St.
South Elgin, IL 60177

GREEN, MATTHEW
136 S FORDHAM AVE
AURORA, IL 60506

GREIN, EVA
230 BATES STREET
WHEATON, IL 60187

GRIMES, JACKSON
911 FABYAN PKWY
GENEVA, IL 60134

GRIMOLDBY, ETHAN
405 BLAINE ST
APT 1

BATAVIA, IL 60510

GUGLIOTTA, JOSEPH
365 MILLWOOD DRIVE
BARTLETT, IL 60103

GUSTIN, JOSHUA
428 E WILSON STREET
BATAVIA, IL 60510

GUTIERREZ, MARIA
805 GERTEN AVE
AURORA, IL 60505

Hab+Dash
PO Box B
Hagerstown, MD 21741

HADLEY, MATTHEW
145 NORTH ELM ST.
WATERMAN, IL 60556

HAINE, BERTRAM
1510 HUBBARD AVE
BATAVIA, IL 60510

HARRIS, TARA
952 OLIVER AVE
#24
AURORA, IL 60506

HARTMANN, EMILY
1100 GENEVA ROAD
APT 26C
SAINT CHARLES, IL 60174

HARVEY, DUSTIN
1637 COVINGTON COURT
ST CHARLES, IL 60174

Hat Trick BBQ Company LLC

HECK, DEVIN
120 E PARK AVE
UNIT A
SUGAR GROVE, IL 60554

HEINTZ, SHAUN
530 TONELLI TRAIL
LOCKPORT, IL 60441

HELLARD, LIAM
1510 HUBBARD AVE
BATAVIA, IL 60510

HERNANDEZ, ALMA
716 GEORGE AVE.
AURORA, IL 60505

HERRERA, MARYA
933 BISHOP ST
WEST CHICAGO, IL 60185

Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579

HINES, JEFFREY
735 E WILSON
BATAVIA, IL 60510

Hirsch Solutions Inc.
490 Wheeler Rd
Ste 285
Hauppauge, NY 11788

Hobby Lobby

HODONOU, CHARLES
2983 ELLSWORTH DRIVE
YORKVILLE, IL 60560

HOFFMAN, HANNAH
1374 E HILLCREST DR
APT 311
THOUSAND OAKS, CA 91362

HOLLAND, LIZ
2857 N RIDGEWAY AVE
APT 3F
CHICAGO, IL 60618

HOLLEMAN, SAM
1251 HILLSBORO DRIVE
BATAVIA, IL 60510

HOLM, ELISE
319 BLAINE STREET
APT 2
BATAVIA, IL 60510

HOLT, DYLAN
6N823 FOX RIVER AVE
ST CHARLES, IL 60174

Home Depot

HomeMaster Renovations

HONE, AURORA
27W108 WALNUT DR.
WINFIELD, IL 60190

HOPKINS, LESLIE
1622 SAUK DRIVE
BATAVIA, IL 60510

HOPKINS, STEPHEN
1622 SAUK DRIVE
BATAVIA, IL 60510

HORTON, AALIYAH
382 FLORIDA AVENUE
AURORA, IL 60506

Howard Custom Transfers, Inc.
1925 Holmes Road
#400
Elgin, IL 60123

HOWICK, ALEXIS
1510 HUBBARD AVE
BATAVIA, IL 60510

HOYLE, GOREN
7805 GREENFIELD
RIVER FOREST, IL 60305

HTOO, HSEESAY
715 WILDER ST
AURORA, IL 60506

HUBBARD, BRIAN
637 NORTH AVENUE
BATAVIA, IL 60510

HUGGINS, JULIE
329 N PRAIRIE STREET
BATAVIA, IL 60510

HURLEY, MICHELE
118 LAKESIDE DR
APT 417
ST CHARLES, IL 60174

HURLEY, SYDNEY
2156 ROB ROY COURT
HANOVER PARK, IL 60133

IBARRA HERNANDEZ, FERNANDO
709 E BENTON ST
AURORA, IL 60505

Illinois Tollway
PO Box 5544
Chicago, IL 60680-5544

IRIZARRY, KAITLYN
1020 OLYMPIC DRIVE
BATAVIA, IL 60510

ISS Long Beach

J.M. Chancey & Associates Inc
124 Peeples Rd
Pomona Park, FL 32181

JACOBO, ANTONIO
5049 N. MAJOR AVE
APT 3
CHICAGO, IL 60630

Jakes Plumbing & Backflow LLC
104 E. State St. Unit 309
Sycamore, IL 60178

JAMISON, ROQUAN
411 SANDHURST LN
SOUTH ELGIN, IL 60177

Jarett Sitter

Javier Del Pozo

JENCHIS, BEATRIZ
10475 CAROL CT
APT 1E
ROSEMONT, IL 60018

JIMENEZ, DAISY

2114 BURGES LN
SPRING HILL, TN 37174

JIMENEZ, MICHAEL
10475 CAROL CT
APT 1E
ROSEMONT, IL 60018

Jive/LogMeIn Communications

JJ Digitizin

JoAnn Stores

JOHNSON, ROSE
553 LEXINGTON DRIVE
GENEVA, IL 60134

JONES, CAMERON
149 SPHULER DRIVE
BATAVIA, IL 60510

JONKE, JONATHAN
223 MAGNOLIA DRIVE
NORTH AURORA, IL 60542

Joseph Oxnevad

K LASER TECHNOLOGY
3123 W. MacArthur Blvd.
Santa Ana, CA 92704-6907

Keenan Kosolowski

Kelley Hendrix
18215 Tangle Tree Ln
Houston, TX 77084

KELLY, JOE
3153 W PARK LANE DR
MERRIONETTE PARK, IL 60803

KEMPER, JOSH
5455 N. SHERIDAN ROAD
#1008
CHICAGO, IL 60640

KENT, TYLER
444 APPLETON DR
BATAVIA, IL 60510

Kitty Wang

KLAVIYO SOFTWARE

KNAPP, JORDAN
949 LUND LANE
BATAVIA, IL 60510

KOSAR, GRACE
6559 FERNWOOD DR
LISLE, IL 60532

KUCHIBHOTLA, ADRIAN
12402 BLUE IRIS LN
PLAINFIELD, IL 60585

LACARDE, AMANDA
185 W BERKLEY LN
HOFFMAN ESTATES, IL 60169

LAMB, MICHEL
722 Harmony Ct
North Aurora, IL 60542

LAMBERT, NICOLE
1022 ILLINI DRIVE
O FALLON, IL 62269

LARA, JOSE
407 W BLAIR STREET
WEST CHICAGO, IL 60185

LARA, MARIA
627 LINCOLN
ELGIN, IL 60123

LARSON, JACK
343 HAMLET STREET
BATAVIA, IL 60510

LAURICH, EMILY
2824 RANDALL RIDGE DRIVE
ELGIN, IL 60124

LAWTON, JESSICA
1213 FLEETWOOD DR
ELGIN, IL 60123

LEDER, ALEX

1660 Bartson Lane
Aurora, IL 60505

LEE, GRACE
211 HAPP RD
NORTHFIELD, IL 60093

LEE, TATIANA
129 S PRAIRIE
BATAVIA, IL 60510

LEECH, BRYCE
783 E WILSON ST
BATAVIA, IL 60510

LENEHAN, AIDAN
803 N. RIDGELAND AVE
OAK PARK, IL 60302

Limitless Search, Inc.
4 West Jane Street
Glenwood, IL 60425

LINCOLN, CHRISTINA
3550 N LAKE SHORE DRIVE
APT 218
CHICAGO, IL 60657

LINGLE, KARA
4137 LANDING DR
APT 2C
AURORA, IL 60504

LOMBARDO, OLIVIER
105 WESLEY AVE
OAK PARK, IL 60301

LOMBARDO, SPENCER
105 WESLEY AVE
OAK PARK, IL 60302

LONERGAN, JAMES
2149 W IOWA ST
2E
CHICAGO, IL 60622

LOPEZ, GISSELLE
134 W MONTANA AVE
GLENDALE HEIGHTS, IL 60139

LT Magnotto
3604 Whitman Ave
Cleveland, OH 44113

Lucidchart

LUDFORD, RYAN
2001 N. WASHINGTON ST.
WHEATON, IL 60187

LUTZ, EVELYN
1510 HUBBARD AVE
BATAVIA, IL 60510

M & R Printing
P.O. Box83024
Chicago, IL 60691

MACKINDER, DAVID
2320 N CAMPBELL
APT B
CHICAGO, IL 60647

Made Laboratory

Madeira USA
344 Hounsell Ave
Gilford, NH 03246

MADRIGAL, ANJELICA
455 WASHBURN STREET
ELGIN, IL 60123

MAGANA, ERICK
1935 ASHWOOD LANE
AURORA, IL 60506

MANZANARES, FERDINAN
1003 LORLYN CIRCLE
APT 1E
BATAVIA, IL 60510

Maria Fulan

MARLOW, STEPHANIE
2426 W. RICE STREET
#2F
CHICAGO, IL 60622

MARQUEZ-ALEMAN, GERARDO

712 MOUNTAIN ST.
AURORA, IL 60505

MARSHALL CHANEL
5231 W. BYRON STREET
CHICAGO, IL 60641

MARSHALL, DAVID
1002 LORLYN CIRCLE
#2B
BATAVIA, IL 60510

MARTIN, THOMAS
1485 BANBURY AVE
SAINT CHARLES, IL 60174

MARTINEZ, DANIEL
1660 MARK AVE.
APT. G
ELGIN, IL 60123

MARTINEZ, MICHELL
11 N GRACE STREET
NORTH AURORA, IL 60542

MARTINEZ, XOCHITL
379 W NEW YORK ST
AURORA, IL 60506

MCCLURE, HENRY
39W394 W. BURNHAM LANE
GENEVA, IL 60134

MCFARLIN, ANDRIY
243 BELLE VUE LN
SUGAR GROVE, IL 60554

MCGLADDERY, JEREMY
103 W State St
Apt 5
Geneva, IL 60134

MCGUINN, ALYSE
307 N. BOTHWELL STREET
PALATINE, IL 60067

Menards

MENCARI, SYLVIA
5009 N SHERIDAN RD

APT 306
CHICAGO, IL 60640

Merchandising for Life Limited
Unit 19, Tileyard Studios
Tileyard Road
London N7 9AH
UNITED KINGDOM

MESSINA, MATTHEW
2660 AVALON LANE
MONTGOMERY, IL 60538

MEYER, KATELYN
1345 GOLDENROD DRIVE
BATAVIA, IL 60510

Michael's Stores

Microsoft

MILLER, ASHLEY
500 SEASONS BLVD
APT 505
WEST DUNDEE, IL 60118

MILLER, ZACH
710 N. EDGELAWN DR.
AURORA, IL 60506

Mineral, Inc.
Dept CH 19711
Palatine, IL 60055-9711

MITCHELL, VENUS
2028 FOX POINTE DR
APT 202
AURORA, IL 60504

MONDZAK, JUSTIN
838 N SCHOOL STREET
ADDISON, IL 60101

Monkey Drive Printing Factory
Franziusstrabe 44
Frankfurt, Hessen
GERMANY

Moran Transportation Corporation
2401 Arthur Avenue

Elk Grove Village, IL 60007

MORENO, BRIANNA
44 TIMBERCREEK DRIVE
YORKVILLE, IL 60560

MORENO, MARLENE
817 GEORGE AVE
AURORA, IL 60505

MORENO, MELANIE
817 GEORGE AVE
AURORA, IL 60505

MORGAN, CLIFFORD
1020 OLYMPIC DRIVE
BATAVIA, IL 60510

MOSS, IAN
839 S ELMWOOD AVE
OAK PARK, IL 60304

MOSSO, JACIEL
170 Martin Ln
Chicago Heights, IL 60411

Multicraft Inc.

NAVARRO, JOSE
1404 KENSINGTON PL.
AURORA, IL 60506

Nazdar Company
8501 Hedge Lane Terrace
Shawnee, KS 66227

NELSON, RYAN
1619 HADLEY DR
BATAVIA, IL 60510

NEVAREZ RAMOS, BARBARA
3 ROBERTS ST
NORTH AURORA, IL 60542

NICHOLS, DARLENE
128 GRAYS COUNTY
OSWEGO, IL 60503

NISHIMURA, KENNETH
1510 HUBBARD AVE

BATAVIA, IL 60510

NOLEN, KYRA
406 S DORCHESTER AVE
WHEATON, IL 60187

NORRIS, CHRISTIAN
1S054 W BURNHAM LN
GENEVA, IL 60134

NUNEZ, ERIKA
4825 W MONTANA. ST
CHICAGO, IL 60639

NYO, SAW
29W750 HURLINGHAM DRIVE
WARRENVILLE, IL 60555

OBERG, RILEY
103 W STATE ST
5
GENEVA, IL 60134

Office Depot / Max

OKE, JACOB
2345 HUNT LANE
BATAVIA, IL 60510

Olson Electrical Contractors, Inc
525 Cleveland Ave
Batavia, IL 60510

ONEIL, MICHAEL
2017 REGENCY CT
GENEVA, IL 60134

OROZCO, MARIA
431 FLAGG STREET
AURORA, IL 60505

ORTIZ, GENA
726 FULTON STREET
AURORA, IL 60505

OTTER, JOSEPH
1189 KLEIN CT
GENEVA, IL 60134

OXNEVAD, JOEY

1135 STAFFORD ST
DEKALB, IL 60115

PADILLA, SAUL
11020 HESBY ST.
APT 212
NORTH HOLLYWOOD, CA 91601

Pantone LLC
590 Commercial Blvd.
Carlstadt, NJ 07072-3098

PARLIER, ALYSSA
3823 N BERNARD ST
APT. 2
CHICAGO, IL 60618

PARRILL, ASHLEY
2455 W RICE ST
#2
CHICAGO, IL 60622

Party City

PATEL, BELABEN
1973 OSPREY COUTY
BARTLETT, IL 60103

PECOR, BRODIE
418 ALBEROSKY WAY
BATAVIA, IL 60510

PHILLIPS, MICHAEL
2420 COURTYARD CR
UNIT 4
AURORA, IL 60506

Pixieset Media Inc.

POND, BRANDI
515 HIDDEN CREEK LANE
NORTH AURORA, IL 60542

Portillo's
531 N. Randall Rd.
Batavia, IL 60510

Practice Ignition Inc.

Prairie State Packaging

917 W Wilson Street
Batavia, IL 60510

Prime Video

PUNDAVELA, MELLOW
1434 NEW HAVEN DR.
CARY, IL 60013

Quality Inn

QUICK, JOSH
209 BUSH ST
APT A
DEKALB, IL 60115

QURESHI, ARSHAD
450 ALPINE LANE
HOFFMAN ESTATES, IL 60169

RAK, ANGELA
578 WESTFIELD COURSE
GENEVA, IL 60134

RAMOS, MIGUEL
118 GERRY STEVEN CT.
APT2B
BENSENVILLE, IL 60106

RAMOS, MINERVA
2140 HULL AVENUE
WESTCHESTER, IL 60154

READDY, JACOB
502 W 5TH STREET
#2
STERLING, IL 61081

REIER, JOEY
526 GATES AVE
AURORA, IL 60505

RESENDIZ, CESAR
1025 CENTER DR
SOUTH ELGIN, IL 60177

REYES, ALEJANDRA
1111 BONNER AVE
#2B
AURORA, IL 60505

RIDNER, MACKENZIE
6n705 Colonel Bennet Ln
Campton Hills, IL 60175

RIVERA, EDITH
2824 VILLAGE GREEN DR
APT. B4
AURORA, IL 60504

ROBLES, ABEL
507 PALACE ST
AURORA, IL 60506

RODRIGUEZ, ANGEL
318 W. JONES ST
PLANO, IL 60545

ROJAS, MARICRUZ
1372 BOXWOOD DR
CRYSTAL LAKE, IL 60014

ROJO, CAROLINA
202 HIGH ST
AURORA ILLINOIS, IL 60505

ROJO, MARTA
828FORTH A.V
AURORA, IL 60505

ROMANOWSKI, JESSICA
0N611 N GARY AVE
WHEATON, IL 60187

ROSAS, MIGUEL
106 CRESTON CIR
AURORA, IL 60504

ROY, CHRISTOPHER
2418 N. SAWYER AVE
CHICAGO, IL 60647

RUPOLO, VINCENT
13138 MOORPARK STREET
UNIT #2
SHERMAN OAKS, CA 91423

Ryan Consulting Solutions, Inc.
4521 N Kenneth Ave
Chicago, IL 60630

Ryonet

SAGAN, AMANDA
2525 HIGHLAND ROAD
GENEVA, IL 60134

SALINAS, DAISY
431 SHERWOOD DR
AURORA, IL 60505

SALINAS, KARLA
407 W BLAIR ST
WEST CHICAGO, IL 60185

SALLIU, ADRIANA
1670 ISHNALA DR
APT 104
NAPERVILLE, IL 60565

Sam's Club

SANDOVAL, JORGE
3054 N KEATING
CHICAGO, IL 60641

SANDS, GRACIE
2708 BRASSIE DR
GLENVIEW, IL 60025

SANTERALLI, ALICIA
232 W EDWARD
LOMBARD, IL 60137

SCHOEN, GRIFFIN
565 N VAN NORTWICK AVE
BATAVIA, IL 60510

SCHULZ, DAWN
1121 W OGDEN
UNIT 261
NAPERVILLE, IL 60563

SCOTT, LUCAS
434 ASHBROOK LN
SOUTH ELGIN, IL 60177

SCP Holdings, LLC
1020 Olympic Drive
Batavia, IL 60510-1329

Screen Print Exchange, LLC
901  Cornell St
Wilmette, IL 60091

SCRITSMIER, ANN
44W780 KESLINGER ROAD
ELBURN, IL 60119

SEIFERT, JAMIE
1002 LORLYN CIRCLE
BATAVIA, IL 60510

SERAPHIN JAHNIA
210 LARCHWOOD LANE
NORTH AURORA, IL 60542

SHAFFER, MEGAN
2100 N ALBANY AVE
#3S
CHICAGO, IL 60647

SHAW, TAKILA
442 GLORIA LANE
OSWEGO, IL 60543

SHEERS, DEAN
250 SAUK DRIVE
BATAVIA, IL 60510

Shopworks
540 Devall Dr.
Ste 301
Auburn, AL 36832-5888

SKORO, SABINA
217 D LINN CT
NORTHAURORA, IL 60542

SMITH SANSONETTI, NIKOLAS
466SNOW STREET
SUGAR GROVE, IL 60554

SMITH, ALLYSON
1510 HUBBARD AVE
BATAVIA, IL 60510

SMITH, AUSTIN
803 W 8TH STREET
LOCKPORT, IL 60441

SMITH, BRIAN
2222 SCOTT LANE
AURORA, IL 60502

SMITH, CALISTA
140 JOY ST.
SUGAR GROVE, IL 60554

SMITH, NICHOLAS
851 BLOOMDALE TRCE
HERMITAGE, TN 37076

Solarcolord

SOLDATI, JOSHUA
929 SOUTH 4TH STREET
SAINT CHARLES, IL 60174

Sortd

SOTO, BLAKE
127 PLEASANT STREET
OAK PARK, IL 60302

SOTO, MA
817 GEORGE AV
AURORA, IL 60505

Specialty Graphics Supply Inc
3875 Commerce Dr.
Saint Charles, IL 60174

Spotify

Stahls'
6353 E. Fourteen Mile Rd.
Sterling Heights, MI 48312

Staples Inc.
500 Staples Drive
Framingham, MA 01702

STENMAN, CATHY
217 STATE STREET
BATAVIA, IL 60510

STENMAN, CHARLES
217 STATE STREET
BATAVIA, IL 60510

STENMAN, ELEANOR
217 STATE STREET
BATAVIA, IL 60510

STEWART, SAMUEL
210 LARCHWOOD LANE
NORTH AURORA, IL 60542

Stitely Music Inc
616 Florence Ave.
Evanston, IL 60202

STONEHOCKER, NATHAN
2680 PROVIDENCE AVENUE
AURORA, IL 60503

STRANDBOE, ADRIENNE
305 DAYTON AVENUE
WEST CHICAGO, IL 60185

STRICKLAND, STARQUEZ
2061 BEST PLACE
AURORA, IL 60506

STUBER, KRISTINA
439 W PIERCE STREET LOWER
ELBURN, IL 60119

SUAREZ, ATZIMBA
2232 N LEAMINGTON AV.
CHICAGO, IL 60639

Suburban Door Check & Lock Service
415 W Ogden Ave.
Westmont, IL 60559

SULLIVAN, SEAN
9341 S 54TH AVE
OAK LAWN, IL 60453

SWINT, CHRISTINA
1510 HUBBARD AVE
BATAVIA, IL 60510

T&J Printing Supply , Inc.
11461 Allison Copurt
Suite #7
Huntley, IL 60142

Target

The Embroidery Coach

Tim Minarzik

TITTLE, HANNAH
4 ELM CREEK DRIVE
#204
ELMHURST, IL 60126

TN Department of Labor
230 E James Campbell Blvd
#111
Columbia, TN 38401

TODD, AJA
249 W CRYSTAL AVE
LOMBARD, IL 60137

TOPE, SARAH
904 BOWDITCH AVE
AURORA, IL 60506

TORRES, OTHNIEL
5642 S KOLMAR AVE
CHICAGO, IL 60629

TORRESSO, MIA
1651 FOX TRAIL DRIVE
BATAVIA, IL 60510

TRAN, AMY
71 CAMBRIDGE LANE
GLENDALE HEIGHTS, IL 60139

TRANCHITELLO, KELLY
30W041 SUNSET CT
WARRENVILLE, IL 60555

Transfer Express

Tribute Store

TRINIDAD, MARIA
911 E BENTON ST
AURORA, IL 60505

Twill USA
10510 Randall Ave

Aurora, IN 47001

Uber

Uline
PO Box 88741
Chicago, IL 60680

Unique Products

UNO, NATASHA
22 N Harrison St
Batavia, IL 60510

UPTON, MEGHAN
691 FLAME CT.
103
CAROL STREAM, IL 60188

URUCHIMA, ANTHONY
981 OHIO STREET
AURORA, IL 60505

USimprints
3343 Aspen Grove Drive
Franklin, TN 37067

VALKER, SARHA
206 FULTON STREET
WEST CHICAGO, IL 60185

VAN BROECK, ALEXANDER
2215 PEPPER VALLEY DRIVE
APT 6
GENEVA, IL 60134

VANDRE, MICHELLE
904 BOWDITCH AVE
AURORA, IL 60506

VARGAS, JIMENA
969 ASSELL AVE
AURORA, IL 60505

VARGAS, MANUEL
27 ROSE ST
AURORA, IL 60505

VECCHIO, MATTHEW
1506 ARBOR LANE

ELGIN, IL 60123

VELASQUEZ, LUIS
713 LEBANON ST
AURORA, IL 60505

VICKERS, JACOB
2756 LEYLAND LANE
AURORA, IL 60504

VILCHIS, IVAN
756 LANCASTER LANE
GENEVA, IL 60134

VILLALOBOS, RAQUEL
5125 BLODGETT AVE
APT 314
DOWNERS GROVE, IL 60515

Vinicius Eduardo Gut

Vivid Print Apparel
351 United Ct
Lexington, KY 40509

WALKER, CHARNETTE
1449 S TRIPP
CHICAGO, IL 60623

WALLS, JOSIAH
1161 N RUSSELL AVE
AURORA, IL 60506

Walmart

WARD, KEVIN
954 FIRST STREET
BATAVIA, IL 60510

Wave Graphics Inc.
320 N 2nd St
Mattoon, IL 61938

WEBB, NICOLAS
748 VERSAILLES PKWY
OSWEGO, IL 60543

Webstaurantstore
40 Citation Lane
Lititz, PA 17543

Wells & Kappel LLP
1615 Poydras Street
Suite 900
New Orleans, LA 70112

Wex - COBRA

WIERINGA, ALEX
36 W 31ST PLACE
STEGER, IL 60411

WILSON, JEFF
3N281 E MARY LN
SAINT CHARLES, IL 60175

WINN, MICHAELENE
194 WATERS EDGE DRIVE
APT 302
GLENDALE HEIGHTS, IL 60139

WINTER, BETHANY
2636 BOXWOOD DR
ELGIN, IL 60124

WOODS, RSHEA
356 N LAKE ST
UNIT 3
AURORA, IL 60506

WORTEL, MEGAN
7734 W LAKESIDE DRIVE
FRANKFORK, IL 60423

WYSOGLAD, LUKAS
24347 FRANCES STREET
PLAINFIELD, IL 60585

Yusril Zainuri

ZAMORA, MIGUEL
2127 PEPPER VALLEY DR
GENEVA, IL 60134

Zendesk

ZEPEDA, ANGEL
333 S JEFFERSON ST
APT 2A
BATAVIA, IL 60510

```
ZIMMERMAN, ZACHARY
2584 SUTTON LN
AURORA, IL 60502

Zoom
```