# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCP OPERATIONS, LLC, | ) | Case No. 23-17436 |
| | ) | (Kane County) |
| Debtor. | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | **Hearing Date: January 12, 2024** |
| | ) | **Hearing Time: 11:00 a.m.** |

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on Friday, the 12th day of January, 2024, at 11:00 a.m., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, **or** electronically as described below, and present the MOTION OF DEBTOR TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, a copy of which is attached.

    **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

    **Meeting ID and passcode.**  The meeting ID for this hearing is 160 731 2971, and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

1295570_1

Respectfully Submitted:

SCP OPERATIONS, LLC

By: /s/ Alexander F. Brougham
        One of its attorneys

ADAM P. SILVERMAN, ESQ. (ARDC #6301515)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Counsel for the Debtor**

## CERTIFICATE OF SERVICE

I certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on January 5, 2024, at or before 11:59 p.m.

By: /s/ Alexander F. Brougham
        Alexander F. Brougham, Esq.

## SERVICE LIST

*Via CM/ECF on January 5, 2024*
- Patrick S Layng, Office of the U.S. Trustee for Region 11
- Gina B. Krol, Chapter 7 Trustee
- Timothy W. Brink, Counsel for Associated Bank, National Association
- Kevin R. Purtill, Counsel for Associated Bank, National Association

2

1295570_1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCP OPERATIONS, LLC, | ) | Case No. 23-17436 |
| | ) | (Kane County) |
| Debtor. | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | **Hearing Date: January 12, 2024** |
| | ) | **Hearing Time: 11:00 a.m.** |

**MOTION OF DEBTOR TO EXTEND TIME TO FILE
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

NOW COMES SCP Operations, LLC, debtor herein (the "**Debtor**"), by and through its undersigned counsel, and, pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), hereby moves (the "**Motion**") for a 14-day extension of the deadline to file its Schedules and Statement (as defined below). In support of the Motion, the Debtor respectfully states as follows:

**I.     BACKGROUND**

1. On December 29, 2023, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Code**"). On the same day, two of the Debtor's affiliates (together with the Debtor, the "**Affiliated Debtors**") filed Chapter 7 bankruptcy cases, which are also pending before this Court as *In re SCP Holdings, LLC* (Case No. 23-17434) and *In re SCP Merchandising, LLC* (Case No. 23-17423).

2. The Affiliated Debtors' bankruptcy cases are of a magnitude and complexity uncommon among business Chapter 7 filings in the Northern District of Illinois. Collectively, the creditor matrices filed in the Affiliated Debtors' bankruptcy cases contain over 31,000 creditor addresses.

1

1295570_1

3. Gina B. Krol, Esq. (the "**Trustee**") has been appointed as the Chapter 7 trustee of the Affiliated Debtors.

4. Counsel for the Affiliated Debtors has been in contact with the Trustee, and has provided her with preliminary information regarding the Affiliated Debtors' business affairs, including their insurance coverage and the lease of the premises they occupy. Counsel for the Affiliated Debtors continues to communicate with the Trustee to provide time-sensitive information and access needed for the initial stages of case administration.

5. The meeting of creditors pursuant to section 341 of the Code (the "**341 Meeting**") is currently scheduled for February 8, 2024.

6. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The predicate for the relief requested herein is Bankruptcy Rule 1007.

## II. RELIEF REQUESTED

7. By this Motion, the Debtor seeks an extension of the deadline to file its Schedules and Statement through and including January 26, 2024.

8. Under section 521 of the Code and Bankruptcy Rule 1007, a debtor is required, within fourteen days after its petition date, to file certain documents with the Court, including (a) schedules of assets and liabilities; (b) a schedule of current income and expenditures; (c) a schedule of executory contracts and unexpired leases; and (d) a statement of financial affairs (collectively, the "**Schedules and Statement**"). *See* 11 U.S.C. § 521(a); Fed R. Bankr. P. 1007(b). Accordingly, the Debtor's Schedules and Statement are currently due by January 12, 2024.

1295570_1

9. Bankruptcy Rule 1007(c), however, permits the Court to extend the deadline to file its Schedules and Statement "on motion for cause shown and on notice to the United States trustee, any committee elected under § 705 or appointed under § 1102 of the Code, trustee, examiner, or other party as the court may direct." Fed. R. Bankr. P. 1007(c).

10. The Debtor desires to ensure that its Schedules and Statement contain sufficient detail, accuracy, and thoroughness so as to enable it to discharge its obligations in the preparation and filing of these documents. And due to the size and complexity of the Affiliated Debtors' interrelated businesses, the Debtor anticipates that its Schedules and Statement will be considerably more voluminous, will consequently require more time to prepare, than those of most business Chapter 7 debtors

11. Particularly because the proposed extended deadline for filing the Schedules and Statement is almost two weeks prior to the 341 Meeting, the Debtor submits that granting the Motion will not delay the administration of its estate or prejudice any creditor or party in interest.

12. The Trustee has communicated to counsel for the Debtor that she does not oppose the relief requested herein.

### III.  NOTICE

13. Notice of the filing of this Motion and the hearing scheduled therefor has been served via the Court's CM/ECF system to: (a) the Office of the United States Trustee for Region 11; (b) the Trustee; and (c) all other parties who have requested notice and service of pleadings via the Court's CM/ECF system in the Debtor's bankruptcy case. In light of the relief requested, the Debtor submits that no other or further notice is required.

WHEREFORE, SCP Operations, LLC, debtor herein, respectfully requests the entry of an order in accordance with the foregoing recommendations in the form filed herewith and made a part hereof without further notice, and such other and further relief as is just.

Respectfully Submitted,

SCP OPERATIONS, LLC

By: /s/ Alexander F. Brougham
      One of its attorneys

ADAM P. SILVERMAN, ESQ. (ARDC #6301515)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Counsel for the Debtor**

4

1295570_1