# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| SCP Operations, LLC, | Case No. 23-17436 |
| | (Jointly Administered) |
| Debtor. | Honorable Janet S. Baer |

## AMENDED NOTICE OF MOTION

TO: See attached list.

PLEASE TAKE NOTICE that on June 27, 2025 at 11:00 a.m., I will appear before the Honorable Janet S. Baer, or whomever may be sitting in her place and stead, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and will then present the *Motion of Trustee for Leave to Conduct Examinations Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure*, a copy of which was previously served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971, and the passcode is 587565. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: June 16, 2025							**GINA B. KROL, as Chapter 7 Trustee**

By: /s/ Shelly A. DeRousse
      One of Its Attorneys

**Smith, Gambrell & Russell, LLP**
Shelly A. DeRousse
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:    312.360.6000
Fax:   312.360.6520
Email:  sderousse@SGRLAW.com
          ejanczak@SGRLAW.com

*Counsel for the Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| SCP Operations, LLC, | Case No. 23-17436<br>(Jointly Administered) |
| Debtor. | Honorable Janet S. Baer |

**CERTIFICATE OF SERVICE**

    I, Shelly A. DeRousse, an attorney, hereby certify that on June 16, 2025, I caused a true and correct copy of the foregoing *Amended Notice of Motion* to be filed electronically with the Court and served upon the following parties by the manners listed.

                                                                                        */s/ Shelly A. DeRousse*

**CM/ECF Service List**

Tevin D. Bowens    tbowens@ag-ltd.com, kruvalcaba@ag-ltd.com
Adam Brief    Ustpregion11.es.ecf@usdoj.gov
Timothy W Brink    tbrink@mpslaw.com, crampich@mpslaw.com
Alexander F Brougham    abrougham@ag-ltd.com, dbaird@ag-ltd.com
Gina B Krol    gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; ecf.alert+Krol@titlexi.com
David A. Newby    dnewby@momkus.com, cbednarski@momkus.com
Kevin R Purtill    kpurtill@mpslaw.com, crampich@mpslaw.com
Adam P. Silverman    asilverman@ag-ltd.com, kburde@ag-ltd.com; srodela@ag-ltd.com

**U.S. Mail Service List**

Old Second National Bank
c/o James L. Eccher, Chairman, President & CEO
37 S. River Street
Aurora, IL 60506