Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

SCP Operations, LLC
1020 Olympic Drive
Batavia, IL 60510−1329
SSN: EIN: 87−1820358

Case No. : 23−17436
Chapter : 7
Judge : Janet S. Baer

---

Debtor's Attorney:
Adam P. Silverman
Adelman & Gettleman, Ltd.
53 West Jackson Blvd.
Suite 1050
Chicago, IL 60604

312 435−1050 Ext. 229

Trustee:
Gina B Krol
Gina B. Krol, Chapter 7 Trustee
Cohen & Krol
1064 104th Street
Ste 100
Naperville, IL 60564

312−368−0300

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***December 29, 2023*** .

1. ***November 28, 2025*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***November 28, 2025*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: August 27, 2025

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court